**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1644**

_____

BRADLEY TALMADGE LIVINGSTON,

  Plaintiff - Appellant,

  v.

GIANT FOOD, Retail Store; AHOLD DELHAIZE,

  Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:24-cv-02588-PX)

_____

Submitted:  March 12, 2026                           Decided:  March 17, 2026

_____

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bradley Talmadge Livingston, Appellant Pro Se.  Raymond Charles Baldwin, SEYFARTH SHAW, LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Talmadge Livingston appeals the district court's orders dismissing his employment discrimination claims without prejudice for failure to state a claim and denying his Fed. R. Civ. P. 59(e) motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we deny Livingston's pending motions and affirm the district court's order. *Livingston v. Giant Food*, No. 1:24-cv-02588-PX (D. Md. June 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*